

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-11-00085-CV

IN RE SANKAR PEMMARAJU                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Further, we remove our March 4, 2011 stay of Respondent's March 1, 2011 Order Transferring Suit Affecting Parent-Child Relationship in cause number 231-330756-02, styled *In The Interest Of Elysse Marissa Pemmaraju Child*, pending in the 231st District Court of Tarrant County, Texas.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MCCOY, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: April 27, 2011

2